IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RODKEEDA JORDAN,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-795 (CKK)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE OPPOSITION
### *NUNC PRO TUNC*

Pursuant to Federal Rule of Civil Procedure 6(b)(2), the Plaintiff, Rodkeeda Jordan, hereby moves for leave to file, *nunc pro tunc*, her Opposition to the Defendant's Motion to Dismiss and submits the attached memorandum.

The Plaintiff filed her Opposition, via the court's electronic filing system, seven minutes after the Court's filing deadline expired.

The Defendant, through counsel, has consented to this motion.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**RODKEEDA JORDAN,**                  )
                    **Plaintiff,**    )
                                      )
v.                                    )   Civil Action No. 07-795 (CKK)
                                      )
**DISTRICT OF COLUMBIA,**             )
                    **Defendant.**    )
_____)

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE OPPOSITION *NUNC PRO TUNC*

The Defendant filed its Motion to Dismiss on August 6, 2007. Accordingly, the Plaintiff's Opposition was due on August 17, 2007. The Plaintiff filed her Opposition approximately seven minutes after midnight, on August 18, 2007. Subsequently, Plaintiff's counsel sought and received consent to this late filing from the Defendant. Accordingly, as the delay in filing this motion is minimal and as the prejudice to the Defendant is nonexistent, the Plaintiff respectfully requests that the Court grant this consent motion and permit the late filing of the Plaintiff's Reply.

### ARGUMENT

Federal Rule of Civil Procedure 6(b) states that the Court may, upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. Fed. R. Civ. P. 6(b)(2). A determination of "excusable neglect "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission. These include…the danger of prejudice…the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the

reasonable control of the movant, and whether the movant acted in good faith." Pioneer Inv. Serv. Co. v. Brunswick Assocs. P'ship, 507 U.S. 380, 395 (1993).

    In the instant case, the Plaintiff has sought and received consent to her late filing from the Defendant. Additionally, the Plaintiff's Opposition was filed with the court seven minutes after the expiration of the filing deadline. Therefore, there is no danger of prejudice to the Defendant, the length of the delay was a matter of minutes with no discernible impact on judicial proceedings, and the delay in filing was not in bad faith, as evidenced by the Plaintiff's immediate request for the Defendant's consent.

    The Plaintiff therefore respectfully requests that the Court grant her consent motion for leave to file *nunc pro tunc*, so that it may consider all of the parties' arguments and filings.

Respectfully submitted,

/s/  
Douglas Tyrka, #467500  
Tyrka & Associates, LLC  
1726 Connecticut Ave. NW, Suite 400  
Washington, DC  20009  
(ph) (202) 265-4260  
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-795 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |

## ORDER

In consideration of the Plaintiff's Consent Motion for Leave to File Opposition *nunc pro tunc*, it is hereby

ORDERED that the Plaintiff's Consent Motion is hereby GRANTED, and further

ORDERED that the Plaintiff's Opposition is accepted into the record *nunc pro tunc*.


　　　　　　　　　　　　　　　　　　　　　Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　United States District Judge