IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RODKEEDA JORDAN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-795 |
| | ) | CKK |
| **DISTRICT OF COLUMBIA,** | ) | |
| **Defendant.** | ) | |

## ERRATA

On September 26, 2007, the Plaintiff inadvertently filed, as "Notice of Supplemental Authority," a notice drafted for a different case.

The Plaintiff did intend to file such a notice in this case. That Plaintiff is filing the correct notice immediately after the filing of this Errata.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264