IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **RODKEEDA JORDAN,** )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 07-795** |
| ) | **CKK** |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Currently before this Court are the Defendant's Motion to Dismiss filed on August 27, 2007 and the related Opposition and Reply.

On September 20, 2007, since the filing of the Motion, Opposition, and Reply, United States District Judge Ellen Segal Huvelle issued an order denying a nearly identical motion to dismiss filed in Civil Action No. 07-1261 (ESH). Exhibit 1.

Respectfully submitted,

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

MINUTE ORDER denying 4 defendant's Motion to Dismiss. The allegations in the complaint clearly establish jurisdiction under the IDEA, 20 U.S.C. sec. 1400 et seq., and the complaint, which states that plaintiff was denied relief requested under the IDEA by an administrative order dated April 18, 2007, provides sufficient notice to defendant of plaintiff's claims under Fed. R. Civ. P. 8(a). "A party is considered 'aggrieved' under [the IDEA]... where relief requested in satisfaction of the Act is denied." Diatta v. Dist. of Columbia, 319 F. Supp. 2d 57, 63 (D.D.C. 2004). Moreover, because failure to exhaust administrative remedies is an affirmative defense, see, e.g., Mosely v. Bd. of Educ. of City of Chicago, 434 F.3d 527, 533 (7th Cir. 2006); Slater v. Exeter-West Greenwich Reg'l Sch. Dist., No. 06-527, 2007 WL 2067719, at *10 n. 4 (D.R.I. July 16, 2007), plaintiff was not required to plead or demonstrate exhaustion in her complaint. Accordingly, defendant's Motion to Dismiss is DENIED. Signed by Judge Ellen S. Huvelle on September 20, 2007. (lcesh2) (Entered: 09/20/2007)