UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07-0795 (CKK) |
| **DISTRICT OF COLUMBIA,** : | |
| Defendant. : | |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S
MOTION TO DISMISS AMENDED COMPLAINT AND REPLY**

On August 27, 2007, Defendant filed a Motion To Dismiss Amended Complaint in the above captioned case. Defendant hereby withdraws that Motion, and the Defendant's September 18, 2007, Reply in that cause of action.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Amy Caspari*
    AMY CASPARI [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-7794

October 22, 2007