UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0795 (CKK) |
| **DISTRICT OF COLUMBIA,** | : |
| Defendant. | : |

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits the allegation in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

2-3. Defendant admits the allegations in paragraphs 2-3.

4. Defendant admits that Rodkeeda Jordan is the adult mother of W.M., but Defendant lacks knowledge and information sufficient to enable it to answer the remaining allegations in paragraph 4 at this time.

5-6. Defendant admits the allegations in paragraphs 5-6.

7. Defendant admits the allegations in paragraph 7 that W.M. was enrolled in DCPS schools for the 2002-2003, 2003-2004, 2004-2005, 2005-2006 school years, but Defendant denies that W.M. was enrolled in DCPS schools during the 2006-2007 school year at all times relevant here.

1

8-10. The allegations in paragraphs 8-10 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

11-22. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraphs 11-22 at this time.

23-26. The allegations in paragraphs 23-26 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

### COUNT 1

27. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 26 above.

28-31. The allegations in paragraphs 28-31 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

### COUNT II

32. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 31 above.

33-35. The allegations in paragraphs 33-35 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations contained in the complaint not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

This Court is without jurisdiction because Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

This Court is without jurisdiction because Plaintiff's claims are moot.

## THIRD AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

October 22, 2007