UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07-0795 (CKK) |
| **DISTRICT OF COLUMBIA,** : | |
| Defendant. : | |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

This is a case brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et. seq.* ("IDEIA"), following a January 31, 2007, administrative hearing officer's determination dismissing all of the Plaintiff's claims. The Plaintiff seeks a reversal of that hearing officer's determination.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have discussed the issues in the case, and do not expect to narrow the issues any further.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties are currently discussing the possibly of settlement of this case. However, there is no settlement agreement at this time.

5. The Parties do not think that this case would benefit from ADR.

6. The parties have agreed to the following proposed schedule:

- December 7, 2007, Defendant's filing of administrative record;

- January 7, 2008, Plaintiff's motion for summary judgment due;

- January 28, 2008, Defendant's motion for summary judgment and opposition due;

- February 11, 2008, Plaintiff's opposition and reply due;

- February 18, 2008, Defendant's reply due.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties do not recommend bifurcation.

10. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Counsel for Defendant
(202) 724-7794

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW
Suite 400
Washington, DC  20009
Counsel for Plaintiff
(ph) (202) 265-4260
(f) (202) 265-4264

November 27, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODKEEDA JORDAN** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 07-0795 (CKK) |
| **DISTRICT OF COLUMBIA** | : |
| **Defendant.** | : |

# ORDER

This Court, having considered the requests of the Parties, issues the following Order this _____ day of _____. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. December 7, 2007, Defendant's filing of administrative record;

2. January 7, 2008, Plaintiff's motion for summary judgment due;

3. January 28, 2008, Defendant's motion for summary judgment and opposition due;

4. February 11, 2008, Plaintiff's opposition and reply due;

5. February 18, 2008, Defendant's reply due.

_____
United States District Judge