IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-795 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION TO FORGO SCHEDULING CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiff Rodkeeda Jordan respectfully moves the Court to forgo the scheduling conference set for Tuesday, December 4, 2007, and in support submits the attached memorandum. The Defendant, through counsel, has consented to the filing of this motion.

Respectfully submitted,
/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC 20009
(ph) (202) 265-4260
(f) (202) 265-4264
tyrka@tyrkalaw.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-795 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |
| ) | |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO FORGO SCHEDULING CONFERENCE

The Plaintiff filed her complaint in the above-captioned matter on May 1, 2007. Pursuant to Local Rule 16.3, counsel for the parties conferred and agreed on a proposed schedule through which the case could be resolved through dispositive motions and submitted that proposal to the Court on November 28, 2007.

Additionally, Plaintiff's counsel has been scheduled for an administrative hearing before the District of Columbia Public Schools State Enforcement and Investigation Division which coincides with the December 4, 2007 scheduling conference. While the administrative hearing could be rescheduled, in the interest of the child represented in that case and as the parties have agreed upon a proposed schedule, the Plaintiff respectfully requests that the Court forgo its scheduling hearing, and institute the parties' proposed schedule. The Defendant, through counsel, has consented to the filing of this motion.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC 20009

        (ph) (202) 265-4260
        (f) (202) 265-4264
        tyrka@tyrkalaw.com