UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RODKEEDA JORDAN.,

    Plaintiff,

        v.

DISTRICT OF COLUMBIA.

    Defendant.

Civil Action No. 07-795 (CKK)

**ORDER**
(December 3, 2007)

On November 30, 2007, Plaintiff filed the instant [17] Consent Motion to forgo the Initial Scheduling Conference set for December 4, 2007. The Parties also proposed a joint briefing schedule to the Court in their Report submitted under Local Rule 16.3. Having considered the Consent Motion and the proposed briefing schedule, it is this 3rd day of December, 2007, hereby

**ORDERED** that the Initial Scheduling Conference set for December 4, 2007, is vacated; and it is further

**ORDERED** that the Court shall adopt the Parties' proposed briefing schedule. Accordingly, the Parties shall comply with the following directives:

**(1) Briefing Schedule:**

    Defendant shall file the administrative record on or before December 7, 2007;

    Plaintiff shall file a motion for summary judgment on or before January 7, 2008;

    Defendant shall file a motion for summary judgment and opposition on or before January 28, 2008;

    Plaintiff shall file an opposition and reply on or before February 11, 2008; and

Defendant shall file a reply on or before February 18, 2008.

**(2) Summary Judgment:**

The parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied. The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7, formerly Rule 108(h) (which is the same as rule 56.1). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

**SO ORDERED.**

Date: December 3, 2007

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge