IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RODKEEDA JORDAN,** )<br>            Plaintiff, )<br> )<br>v.            ) <br> )<br>**DISTRICT OF COLUMBIA,** )<br>            Defendant. )<br> ) | Civil Action No. 07-795 (CKK) |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION

Plaintiff Rodkeeda Jordan respectfully moves for extension for the Court's current filing deadlines, for reasons presented in the attached Memorandum. The Defendant, through counsel, has consented to the filing of this Motion.

Wherefore, the Plaintiff respectfully requests that the Court extend, by 30 days, the deadline for the filing of the Plaintiff's Motion for Summary Judgment, and each subsequent filing.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-795 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION
FOR EXTENSION**

Plaintiff Rodkeeda Jordan respectfully moves for extension of the Court's current filing deadlines. Specifically, she requests that her Motion for Summary Judgment be due no later than February 6, 2008, the Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment be due no later than February 27, 2008, the Plaintiff's Reply and Opposition be due no later than March 12, 2008, and Defendant's Reply be due no later than March 19, 2008.

The burdens and distractions of the season made it impossible for counsel to devote sufficient attention to this matter. Moreover, counsel expects further settlement discussion to occur and that such discussions may be productive. Accordingly, the Plaintiff respectfully requests an extension of the filing deadlines to allow for further settlement discussions and adequate preparation. The Parties have agreed to a 30-day extension for all filing deadlines. The Defendant, through counsel, has consented to the filing of this Motion.

Respectfully submitted,

/s/_____
Douglas Tyrka, #467500

Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-795 (CKK) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |
| ) | |

### ORDER

On consideration of the Plaintiff's Consent Motion for Extension, it is hereby:

**ORDERED** that Plaintiff's Consent Motion for Extension is granted; and further

**ORDERED** that Plaintiff's Motion for Summary Judgment is due no later than February 6, 2008; and further

**ORDERED** that the Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment is due no later than February 27, 2008; and further

**ORDERED** that the Plaintiff's Reply and Opposition to Defendant's Motion for Summary Judgment is due no later than March 12, 2008; and further

**ORDERED** that the Defendant's Reply is due no later than March 19, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge