IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODKEEDA JORDAN,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-795 |
| v. ) | CKK |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| Defendant. ) | |

## NOTICE AND STIPULATION OF DISMISSAL

The Parties hereby stipulate to dismissal of all claims.

                                                     Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264
Email: tyrka@tyrkalaw.com


PETER NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

*/s/ Amy Caspari*
AMY CASPARI [#488968]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South

Washington, DC 20001
(202) 724-7794
(202) 727-3625 (facsimile)
amy.caspari@dc.gov

**February 5, 2008**